## DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

**DATE:** October 10, 2003   **TO:** Intake Clerk

**FROM:** Rita Warner 203-773-2140

FILED
Nov 7  2 12 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**CASE TITLE:** Richard Parmanand

**DOCKET NO.:** 3:00 cv 1133 (PCD)

**NOTICE OF APPEAL:** filed: October 9, 2003

**APPEAL FROM:**   final judgment: __

interlocutory: __

other: Ruling on Objections to Recommended Ruling

**DOCKET SHEET:**   Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:**   Paid __✓__   Due ____   N/A ____

IFP revoked ____   Application Attached ____

IFP pending before district judge __No__

**COUNSEL:**   CJA ____   Retained __✓__   Pro Se ____

**TIME STATUS:**   Timely __✓__   Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____   Denied ____

**COA:**   Granted ____   Denied ____

**COMMENTS AND CORRECTIONS:**

___

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED _____ DATE: 10/21/03
DEPUTY CLERK, USCA