

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD P. ARMANAND<br>　　　　　Plaintiff<br><br>v.<br><br>CAPEWELL COMPONENTS, LLC<br>　　　　　Defendant | CIVIL ACTION NO.<br>3:00CV1133 (PCD) |
| CATO SANDBERG<br>　　　　　Plaintiff<br><br>v.<br><br>JAGENBERG, INC.<br>　　　　　Defendant | CIVIL ACTION NO.<br>3:00CV1933 (PCD)<br><br>September 17, 2003 |

SO ORDERED.

In light of the pending appeal before the Second Circuit, the motion is denied without prejudice.

Peter C. Dorsey, U.S. District Judge

11/19/03

## PLAINTIFFS' MOTION FOR RECONSIDERATION AND CERTIFICATION

On April 3, 2003, Magistrate Judge Margolis issued her recommended Ruling On Tax Reporting Requirement For Payment Of Attorney's Fees And Costs Pursuant To A Contingent Fee Agreement governing the issuance of Form 1099-Misc in the above entitled matters both of which had been settled prior to trial in 2001. On April 15, 2003 Defendant Capewell Components, Inc. ("Capewell") filed four objections to the Recommended Ruling: (1) failure of the Magistrate to consider United States Department of Treasury and Internal Revenue guidance as to settlement proceeds; (2) improper characterization by the Magistrate of the decisions of a majority of the Courts of Appeals; (3) improper characterization by the Magistrate of Connecticut lien law; and (4) improper allocation by the Magistrate of the burden of challenging the IRS position to the defendants.