# DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

**DATE:** December 18, 2003     **TO:** Intake Clerk

**FROM:** Frank DePino Clerks Office, US District Court
141 Church St New Haven, Ct. 06510

FILED
DEC 29  2 26 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**CASE TITLE:** Richard Parmanand v Capewell Components

**DOCKET NO.:** 3:00cv1133

**NOTICE OF APPEAL:** filed: December 12, 2003

**APPEAL FROM:**
- final judgment: x
- interlocutory: __
- other: __

**DOCKET SHEET:**
- Attorney, updated address & phone number for each party  Y
- All parties are listed on Docket Sheet (Including Third Parties)  Y
- All docket entries and dates are included  Y

**FEE STATUS:** Paid ✓   Due ___   N/A ___
IFP revoked ___   Application Attached ___
IFP pending before district judge ___

**COUNSEL:** CJA ___   Retained ✓   Pro Se ___

**TIME STATUS:** Timely ✓   Out of Time ___

**MOTION FOR EXTENSION OF TIME:** Granted ___   Denied ___

**COA:** Granted ___   Denied ___

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: R. Morrison   DATE: 12/23/03
DEPUTY CLERK, USCA