FILED

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| RICHARD PARMANAND, | : | |
| Plaintiff-Appellee-Cross Appellant | : | DOCKET NO. 03-9073 |
| | : | DOCKET NO. 03-9333 |
| vs. | : | |
| | : | |
| CAPEWELL COMPONENTS, LLC | : | |
| Defendant-Appellant-Cross Appellant | : | February 18, 2005 |

## STIPULATION WITHDRAWING APPEALS FROM ACTIVE CONSIDERATION WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties stipulate that the above-captioned appeals are hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeals by appellant's counsel or cross-appellant's counsel so notifying the Clerk of this Court in writing by April 15, 2005. Such withdrawal is necessary to provide an opportunity for counsel for the appellee-cross appellant to discuss the viability of any further appeal with their client in light of the Supreme Court decision in Commissioner of Internal Revenue v. Banks, 73 USLW 4117, 524 S. Ct. 826 (January 24, 2005). If not reactivated, the appeals shall be deemed withdrawn with prejudice.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

CERTIFIED 4/15/05

Withdrawal of the appeals from active consideration shall not operate as a dismissal of the appeals under FRAP 42(b).

_____
Alan E. Lieberman
Attorney for Defendant-Appellant
 -Cross Appellee
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000

_____
Henry F. Murray
Attorney for Plaintiff-Appellee
 -Cross Appellant
Livingston, Adler, Pulda, Meiklejohn
 & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

Dated:

SO O]    FOR THE COURT
         Roseann B. MacKechnie, Clerk of Court
         By
         _____
         Frank J. Scardilli, Staff Counsel

         3 / 1 / 05

395368 v.01